Filing # 229840280 E-Filed 08/20/2025 12:17:38 PM

# IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## IN AND FOR BREVARD COUNTY, FLORIDA

### CASE NO:

SCOTT WEIL-ALLEN,

     **Plaintiff,**

vs.

SPACE EXPLORATION
TECHNOLOGIES CORP.,

     **Defendant.**           /

## COMPLAINT

Plaintiff, SCOTT WEIL-ALLEN, by and through the undersigned counsel, hereby sues Defendant, SPACE EXPLORATION TECHNOLOGIES CORP., and alleges as follows:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$50,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, SCOTT WEIL-ALLEN, is a natural person residing in Brevard County, Florida.

3. At all times material to this action, Defendant, SPACE EXPLORATION TECHNOLOGIES CORP., is a foreign for-profit corporation licensed to do business in the State of Florida.

4.      At all times material hereto, Defendant, SPACE EXPLORATION TECHNOLOGIES CORP., was the owner and in possession of that certain business located at Kennedy Space Center / Launch Pad , Cape Canaveral, FL, Brevard County, Florida, open to the general public, including the Plaintiff herein.

5.      On or about February 28, 2025, Plaintiff, SCOTT WEIL-ALLEN, visited Defendant's premises located at the above address as a business invitee and/or guest.

6.      At said time and place, Plaintiff, SCOTT WEIL-ALLEN, was a lawfully guest upon the premises of the Defendant, SPACE EXPLORATION TECHNOLOGIES CORP., who owed Plaintiff a nondelegable duty to exercise reasonable care for his safety.

## COUNT I – CLAIM FOR PREMISES LIABILITY AGAINST DEFENDANT, SPACE EXPLORATION TECHNOLOGIES CORP.

7.      Plaintiff realleges and reasserts the allegations contained within paragraphs one (1) through six (6) as if fully set forth herein.

8.      At said time and place, Defendant owed Plaintiff non-delegable duties to maintain the premises in a reasonably safe condition, and to warn Plaintiff of dangerous condition on their premises.

9.      At said time and place, Defendant breached these duties to Plaintiff by committing one or more of the following omissions or commissions:

    a)      Negligently failing to maintain or adequately maintain the one-person emergency egress chute designed to evacuate astronauts from the launch tower, thus creating a hazard to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff

    b)      Negligently creating a hazard to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

    c)      Negligently failing to inspect or adequately inspect the one-person emergency egress chute designed to evacuate astronauts from the launch tower, as specified above, to ascertain whether the egress chute, which was poorly maintained, constituted a hazard to

patrons utilizing said area, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

d)      Negligently failing to inspect or adequately warn the Plaintiff of the danger of the one-person emergency egress chute designed to evacuate astronauts from the launch tower, when Defendant knew or through the exercise of reasonable care should have known that said premises' egress chute was unreasonably dangerous and that Plaintiff was unaware of same;

e)      Negligently failing to correct and/or inspect and/or maintain and/ repair and/or adequately correct and/or replace the unreasonably dangerous condition of the one-person emergency egress chute designed to evacuate astronauts from the launch tower, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care; and

f)      Negligently failing to train and/or inadequately training its employees to inspect, maintain, and/or repair the one-person emergency egress chute designed to evacuate astronauts from the launch tower for dangerous conditions.

10.    As a result, while Plaintiff was visiting Defendant's business, he collided with another individual while using the one-person emergency egress chute designed to evacuate astronauts from the launch tower, sustaining significant personal injuries.

11.    As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, SCOTT WEIL-ALLEN, sues the Defendant, SPACE EXPLORATION TECHNOLOGIES CORP., for damages and demands judgment in excess of Fifty Thousand Dollars ($50,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 20th day of August, 2025

/s/ *Edward C. Combs, Jr.*

**Edward C. Combs, Jr., Esquire**
**FBN 84096**
Morgan & Morgan, P.A.
158 N. Harbor City Blvd.
Melbourne, FL 32935
Telephone: (321) 327-6969
Facsimile: (321) 327-6980
Primary email: ecombs@forthepeople.com
Secondary email:alishaedwards@forthepeople.com;
*Attorneys for Plaintiff*