UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SCOTT WEIL-ALLEN,**

    **Plaintiffs,**

**v.**                                         **Case No. 6:25-CV-1881-CEM-LHP**

**SPACE EXPLORATION**
**TECHNOLOGIES CORP.,**

    **Defendants.**

_____

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
*Scott Weil-Allen v. Space Exploration Technologies Corp.* **pending the Circuit Court of the 18th Judicial Circuit in and for Brevard County, Florida, Case No. 2025-CA-044756. This related action is the case from which the above-styled action was removed pursuant to the Notice of Removal filed herein (Doc. 1).**
Click or tap here to enter text.

☐     **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

Dated this 9th day of October, 2025.

                                                Respectfully submitted,

                                                By: */s/ Edward C. Combs, Jr.*
                                                EDWARD C. COMBS, JR., ESQ.
                                                FBN 084096
                                                Morgan & Morgan, P.A.

        158 N. Harbor City Blvd., Ste. 400
        Melbourne, FL 32935-6700
        T: (321) 327-6969 | F: (321) 327-6953
        ECombs@ForThePeople.com
        AlishaEdwards@ForThePeople.com
        Alexandra.Jotkoff@ForThePeople.com
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2025, a true and correct copy of the foregoing, has been electronically furnished by electronic mail to: Megan Costa DeLeon COUNSEL FOR DEFENSE, SPACE EXPLORATION TECHNOLOGIES CORP; 420 S. Orange Ave., Ste. 1200 Orlando, Florida 32801 Telephone: (407) 423-4000; megan.deleon@akerman.com; william.handle@akerman.com; suzy.miller@akerman.com; wanda.thomas@akerman.com; melissa.tejada@akerman.com.

        */s/ Edward C. Combs, Jr.*
        EDWARD C. COMBS, JR., ESQ.
        FBN 084096
        Morgan & Morgan, P.A.
        158 N. Harbor City Blvd., Ste. 400
        Melbourne, FL 32935-6700
        T: (321) 327-6969 | F: (321) 327-6953
        ECombs@ForThePeople.com
        AlishaEdwards@ForThePeople.com
        Alexandra.Jotkoff@ForThePeople.com
        Attorneys for Plaintiff