UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SCOTT WEIL-ALLEN,**

    Plaintiff,

v.                                            Case No. 6:25-cv-01881-CEM-LHP

**SPACE EXPLORATION TECHNOLOGIES CORP.,**

    Defendant.

_____/

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
*Scott Weil-Allen v. Space Exploration Technologies Corp.* **pending the Circuit Court of the 18th Judicial Circuit in and for Brevard County, Florida, Case No. 2025-CA-044756. This related action is the case from which the above-styled action was removed pursuant to the Notice of Removal filed herein (Doc. 1).**

☐    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

DATED: October 10, 2025        Respectfully submitted,

                                               By: */s/ Megan Costa DeLeon*
                                               Megan Costa DeLeon, Esq.
                                               Florida Bar No. 0560731
                                               William C. Handle, Esq.
                                               Florida Bar No. 1002425
                                               AKERMAN LLP

83372340;1

420 S. Orange Ave., Ste. 1200
Orlando, Florida 32801
Telephone: (407) 423-4000
Facsimile: (407) 843-6610
Primary Email: megan.deleon@akerman.com
Primary Email: william.handle@akerman.com
Secondary Email: wanda.thomas@akerman.com
Secondary Email: suzy.miller@akerman.com
Secondary Email: melissa.tejada@akerman.com
*Attorneys for Defendant, Space Exploration Technologies Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of October, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing was served this day via electronic mail to Plaintiff's counsel of record as follows:

Edward C. Combs, Jr., Esquire
Morgan & Morgan, P.A.
158 N. Harbor City Blvd.
Melbourne, FL 32935
Primary Email: ecombs@forthepeople.com
Secondary Email: alishaedwards@forthepeople.com
*Attorneys for Plaintiff*

                                                         */s/ Megan Costa DeLeon*
                                                         Megan Costa DeLeon