UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SCOTT WEIL-ALLEN,**

     Plaintiff,

**v.**                                **Case No. 6:25-cv-01881-CEM-LHP**

**SPACE EXPLORATION
TECHNOLOGIES CORP.,**

     Defendant.

_____/

### JOINT STIPULATION FOR DISMISSAL OF
### DEFENDANT'S COUNTERCLAIM WITHOUT PREJUDICE

Plaintiff, Scott Weil-Allen, and Defendant, Space Exploration Technologies Corp. ("SpaceX"), by and through their undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), hereby stipulate to the dismissal of SpaceX's Counterclaim without prejudice, with the parties to bear their own attorneys' fees and costs. This stipulated dismissal of SpaceX's Counterclaim shall not serve to be an adjudication on the merits of the Counterclaim. Additionally, the parties stipulate that Plaintiff, Scott Weil-Allen has no objection to SpaceX filing a third-party action against Andrew Morgan in this case.

Respectfully submitted this 5th day of December, 2025.

/s/ Jason O. Meyers                         /s/ William C. Handle
Jason O. Meyers, Esq.                       Megan Costa DeLeon, Esq.
Florida Bar No. 106509                      Florida Bar No. 0560731
Jason Meyers Law, PLLC                      William C. Handle, Esq.
_Attorneys for Plaintiff_                   Florida Bar No. 1002425
6905 N. Wickham Rd.                         AKERMAN LLP

84579280;1

1

Suite 405-03
Melbourne, FL  32940
Tel. (321) 382-0403
Fax (321) 327-6953
Jason@JasonMeyersLaw.com
Service@JasonMeyersLaw.com

Edward C. Combs, Jr., Esq.
Florida Bar No. 84096
Morgan & Morgan, P.A.
158 N. Harbor City Blvd.
Melbourne, FL 32935
ecombs@forthepeople.com
alishaedwards@forthepeople.com

*Attorneys for Defendant*
425 S. Orange Ave., Suite 1200
Orlando, FL  32801
Tel. (407) 423-4000
Fax (407) 843-6610
Megan.deleon@akerman.com
William.handle@akerman.com
Wanda.thomas@akerman.com
Melissa.tejada@akerman.com
Suzy.miller@akerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court for the United States District Court for the Middle District of Florida by using its CM/ECF system, which will serve an electronic copy on all counsel of record.

/s/ *William C. Handle*
William C. Handle