UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SCOTT WEIL-ALLEN,**

      **Plaintiff,**

v.                                             Case No.  6:25-cv-1881-CEM-LHP

**SPACE EXPLORATION**
**TECHNOLOGIES CORP.,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Stipulation for Dismissal of Defendant's Counterclaim Without Prejudice (Doc. 23) which states that Counter Claimant Space Exploration Technologies Corp. dismisses their Counter Claim against Counter Defendant Scott Weil-Allen. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate the Counterclaim parties in this case.

**DONE** and **ORDERED** in Orlando, Florida on December 9, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record