UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SCOTT WEIL-ALLEN,**

    Plaintiff,

v.                                 Case No. 6:25-cv-01881-CEM-LHP

**SPACE EXPLORATION TECHNOLOGIES CORP.,**

    Defendant.

_____/

**NOTICE OF FILING WRITTEN CONSENT TO AMENDMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)**

Defendant, Space Exploration Technologies Corp. ("SpaceX"), pursuant to Fed. R. Civ. P. 15(a)(2), hereby gives notice that Plaintiff, Scott Weil-Allen, has provided his written consent to SpaceX filing an amended Answer and Affirmative Defenses. *See* Fed. R. Civ. P. 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."). Plaintiff, Scott Weil-Allen's written consent is attached hereto as **Exhibit A**.

DATED: December 18, 2025          Respectfully submitted,

                                         By: */s/ William C. Handle*
                                         Megan Costa DeLeon, Esq.
                                         Florida Bar No. 0560731
                                         William C. Handle, Esq.
                                         Florida Bar No. 1002425
                                         AKERMAN LLP
                                         420 S. Orange Ave., Ste. 1200
                                         Orlando, Florida 32801
                                         Telephone: (407) 423-4000
                                         Facsimile: (407) 843-6610

        Primary Email: megan.deleon@akerman.com
        Primary Email: william.handle@akerman.com
        Secondary Email: wanda.thomas@akerman.com
        Secondary Email: suzy.miller@akerman.com
        Secondary Email: melissa.tejada@akerman.com
        *Attorneys for Defendant, Space Exploration Technologies Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2025 a true and correct copy of the foregoing was filed with the Clerk of the Court for the United States District Court for the Middle District of Florida by using its CM/ECF system, which will serve an electronic copy on all counsel of record.

        */s/ William C. Handle*
        William C. Handle

| | |
|---|---|
| **From:** | Jason Meyers <Jason@jasonmeyerslaw.com> |
| **Sent:** | Friday, December 5, 2025 6:35 AM |
| **To:** | Handle, William (Ptnr-Orl) |
| **Subject:** | Re: Scott Weil-Allen v. SpaceX - Case No.: 6:25-cv-01881-CEM-LHP (USDC - Middle District of Florida) |

**[External to Akerman]**

Yes.  Space x has Scott's permission.

Get Outlook for iOS

**From:** william.handle@akerman.com <william.handle@akerman.com>
**Sent:** Thursday, December 4, 2025 4:51:38 PM
**To:** Jason Meyers <Jason@jasonmeyerslaw.com>
**Subject:** RE: Scott Weil-Allen v. SpaceX - Case No.: 6:25-cv-01881-CEM-LHP (USDC - Middle District of Florida)

Jason,

As discussed, please respond to this email to confirm SpaceX has Plaintiff Scott Weil-Allen's written consent to file an amended Answer and Affirmative Defenses pursuant to Fed. R. Civ. P. 15(a)(2).

Thank you,

**William C. Handle**
Partner
Akerman LLP | 420 South Orange Avenue, Suite 1200 | Orlando, FL 32801
D: 904 598 8621 | T: 407 423 4000 | F: 904 598 3934
william.handle@akerman.com

Profile



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

1

**Exhibit A**