AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida  [▼]

| | |
|---|---|
| SCOTT WEIL-ALLEN<br>*Plaintiff*<br>v.<br>SPACE EXPLORATION TECHNOLOGIES CORP.<br>*Defendant, Third-party plaintiff*<br>v.<br>ANDREW MORGAN<br>*Third-party defendant* | )<br>)<br>)<br>)  Civil Action  No. 6:25-CV-01881-CEM-LHP<br>)<br>)<br>)<br>)<br>) |

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  ANDREW MORGAN
314 ADMIRALTY COURT
EDGEWATER, FL  32141

A lawsuit has been filed against defendant Space Exploration Technologies Corp,who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Scott Weil-Allen                      .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Megan Costa DeLeon, Esq.
William C. Handle, Esq.
Akerman LLP, 420 S. Orange Ave., Suite 1200, Orlando, FL  32801
Email: megan.deleon@akerman.com, william.handle@akerman.com

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edward C. Combs, Jr., Esq.                    Jason O. Meyers, Esq.
Morgan & Morgan, P.A.                         Jason Meyers Law, PLLC
158 N. Harbor City Blvd., Ste. 400            6905 N. Wickham Rd., Ste. 405-03
Melbourne, FL  32935                          Melbourne, FL  32940
Email: ecombs@forthepeople.com; alishaedwards@forthepeople.com  Email: jason@jasonmeyerslaw.com; service@jasonmeyerslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

                                            *CLERK OF COURT*


                                            _____
                                            *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 6:25-CV-01881-CEM-LHP

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: