**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO: 6:25-cv-01881-CEM-LHP**

**SCOTT WEIL-ALLEN,**

      **Plaintiff,**

vs.

**SPACE EXPLORATION**
**TECHNOLOGIES CORP.,**

      **Defendant.**

_____ /

**NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff, **SCOTT PHILLIP WEIL-ALLEN,** by and through the undersigned attorneys, hereby notifies the Court that, pursuant to section 768.79, Florida Statues, and Florida Rule of Civil Procedure 1.442, she/he has/have served Proposal For Settlement upon Defendant, Space Exploration Technologies Corp., this 30th day of January, 2026.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by Email, this 30th day of January, 2026, to: Megan Costa DeLeon COUNSEL FOR DEFENSE, SPACE EXPLORATION TECHNOLOGIES CORP; 420 S. Orange Ave., Ste. 1200 Orlando, Florida 32801 Telephone: (407) 423-4000; megan.deleon@akerman.com; william.handle@akerman.com; suzy.miller@akerman.com; wanda.thomas@akerman.com; melissa.tejada@akerman.com.

        ***/s/ Edward C. Combs, Jr.***
        _____

        _____
        Edward Combs, Jr., Esq.
        FBN 84096
        Morgan & Morgan
        158 N Harbor City Blvd
        Melbourne, FL 32935
        Telephone:   (321) 327-6969
        Facsimile:    (321) 327-6953
        Attorneys for Plaintiff
        E-Mail:       ecombs@forthepeople.com