# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SCOTT WEIL-ALLEN,

               Plaintiff,

v.                                                      Case No:   6:25-cv-1881-CEM-LHP

SPACE EXPLORATION
TECHNOLOGIES CORP.

               Defendant
               /Third Party
               Plaintiff,

ANDREW MORGAN,

               Third Party
               Defendant

_____

## ORDER TO STRIKE

Before the Court is a Notice of Service of Proposal for Settlement.   Doc. No. 32.   Neither the Federal Rules of Civil Procedure nor the Local Rules of this Court allow for the filing of settlement proposals or notices thereof.   Moreover, Federal Rule of Civil Procedure 68 provides that an offer of judgment, referred to as a

proposal for settlement under Florida law, shall be filed only after the offer is accepted.    Therefore, the document (Doc. No. 32) is **ORDERED stricken**.[1]

      **DONE** and **ORDERED** in Orlando, Florida on January 30, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] The Court notes that the filing also fails to comply with Local Rule 1.08.