UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


SCOTT WEIL-ALLEN,

     Plaintiff,

v.                                  Case No. 6:25-cv-01881-CEM-LHP

SPACE EXPLORATION
TECHNOLOGIES CORP.,

     Defendant/Third Party Plaintiff,

v.

ANDREW MORGAN,

     Third-Party Defendant.

_____/

### THIRD-PARTY DEFENDANT ANDREW MORGAN'S ANSWER AND AFFIRMATIVE DEFENSES

Third-Party Defendant, Andrew Morgan ("Morgan"), answers Defendant/ Third-Party Plaintiff, Space Exploration Technologies Corp.'s ("SpaceX"), Third-Party Complaint, and asserts defenses as follows:

### Parties, Jurisdiction and Venue

1.    Without knowledge, therefore denied.

2.    Admitted.

3.    Admitted that Scott Weil-Allen is the Plaintiff in this case. Otherwise, without knowledge therefore denied.

4.    Admitted for jurisdictional purposes only.

5.    Admitted for jurisdictional purposes only.

6.    Admitted for jurisdictional purposes only.

## Factual Allegations

7.    Without knowledge therefore denied.

8.    Without knowledge therefore denied.

9.    Without knowledge therefore denied.

10.    Without knowledge therefore denied.

11.    Admitted that Plaintiff and Third-Party Defendant attended training on February 28, 2025. Otherwise, without knowledge therefore denied.

12.    Denied.

13.    Denied.

14.    Denied.

15.    Denied as phrased.

16.    Denied as phrased.

17.    Denied.

18.    Denied.

19.    Denied.

20.    Denied.

21.    Denied.

22.    Without knowledge, therefore denied.

23.    Without knowledge, therefore denied.

## COUNT I – COMMON LAW INDEMNITY

24.    Morgan realleges his responses to Paragraphs 1 through 23 as if fully set forth herein.

25.    Denied.

26.    Denied.

27.    Denied.

## COUNT II - CONTRIBUTION

28.    Morgan realleges his responses to Paragraphs 1 through 23 as if fully set forth herein.

29.    Denied as phrased.

30.    Denied.

31.    Denied.

32.    Denied.

33.    Denied.

34.    Denied.

35.    Denied.

## COUNT III - NEGLIGENCE

36.    Morgan realleges his responses to Paragraphs 1 through 23 as if fully

set forth herein.

37.    Denied as phrased.

38.    Denied.

39.    Denied.

40.    Denied.

## PRAYER FOR RELIEF

Wherefore, Morgan denies each prayer for relief in the Third-Party Complaint and Wherefore clauses.  Morgan further requests that SpaceX take nothing by this action and that Morgan be reimbursed his costs in this litigation.

## DEMAND FOR JURY TRIAL

Third-Party Defendant Andrew Morgan demands a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

### *First Affirmative Defense*

Morgan, a firefighter acting wholly within the course and scope of his employment, is immune from liability as described in the complaint pursuant to Section 768.28(9), Florida Statutes.

### *Second Affirmative Defense*

SpaceX's and/or Plaintiffs' alleged damages, if any, are too speculative in nature to warrant recovery.

### *Third Affirmative Defense*

Morgan is entitled to a set-off for any and all collateral source benefits paid to, for, and/or on behalf of SpaceX and/or the Plaintiff, or which collateral source benefits are payable or available to SpaceX and/or the Plaintiff, for medical or other expenses, property damages, bills, or other obligations that have been or may be made relating to the resultant damage or loss claimed in this action. Collateral source benefits must be deducted from the award, if any, against Morgan.

### *Fourth Affirmative Defense*

SpaceX's claims are barred by the doctrines of waiver and estoppel, as SpaceX's own acts or omissions, by and through its respective affiliates, members, officers, directors, employees, agents, representatives, etc., preclude recovery under causes of action identified in its operative Third-Party Complaint.

### *Fifth Affirmative Defense*

SpaceX's alleged damages, arising from the alleged cost of repairing and/or upgrading the damages to their Emergency Chute, if any, are grossly disproportionate to the value of the completed structure. Under these circumstances, the demanded work, repairs, and/or upgrades SpaceX seeks are unreasonable and economically wasteful.

### *Sixth Affirmative Defense*

SpaceX, by themselves and/or through any respective affiliates, members,

5

officers, directors, employees, or agents, were negligent in the maintenance and repair of the Emergency Chute as well as negligent in the training of training of its employees, and the training of Scott Weil-Allen and Morgan, which negligence caused or contributed to the alleged damages, if any, and which negligence bars or reduces SpaceX's recovery in proportion thereto.

### Seventh Affirmative Defense

To the extent other parties to this action are found to have been at fault for some or all of Plaintiff's alleged damages, and by derivation, SpaceX's alleged damages, Morgan is entitled to an apportionment of fault pursuant to the comparative fault doctrine.

### Eighth Affirmative Defense

SpaceX, by itself and/or through any respective affiliates, owners, officers, directors, employees, or agents, was negligent in its oversight and supervision of the subject training, which negligence caused or contributed to the alleged damages, if any, and which negligence bars or reduces SpaceX's recovery in proportion thereto.

### Ninth Affirmative Defense

SpaceX's claim for common law indemnity fails to the extent the alleged damages are found to be due, in whole or in part, to SpaceX's own fault.

### Tenth Affirmative Defense

To the extent certain nonparties were at fault in causing or contributing to the

6

damages described in Plaintiff's operative Complaint and/or SpaceX's operative Third-Party Complaint, those nonparties are liable for at least a portion of the damages alleged by Plaintiff and/or SpaceX pursuant to Fabre v. Marin.  Morgan specifically identifies the manufacturer of the Escape Chute and NASA as Fabre Defendants at this time.

Third-Party Defendant reserves the right to amend or supplement this affirmative defense as discovery is ongoing and could disclose the names of other nonparties, including other design professionals, subcontractors, suppliers, and/or manufacturers, who are responsible for Plaintiff's and/or SpaceX's alleged damages and/or additional facts which support the culpability of the above-referenced nonparties.

### Eleventh Affirmative Defense

SpaceX's Third-Party Complaint fails to state a cause of action for Contribution.

### Twelfth Affirmative Defense

SpaceX and/or Plaintiff failed to mitigate their alleged damages, if any, and claims for the same are barred or reduced as a result thereof.

### Thirteenth Affirmative Defense

The claims or items of damages alleged to be caused by Morgan, were, in fact, caused by superseding causes, intervening causes, and/or otherwise caused by acts

of God, none of which Morgan had control or charge, and for which Morgan cannot be held liable.

### Fourteenth Affirmative Defense

No special relationship exists between Morgan and SpaceX which would support a claim for common law indemnity.

### Fifteenth Affirmative Defense

SpaceX knowingly, voluntarily and deliberately assumed the risk of any damages alleged in the Third-Party Complaint by knowingly undertaking various activities and responsibilities, including the subject training and exercise, and exposing itself to the complained of damage.

DATED: April 2, 2026

Respectfully Submitted,

By: /s/Michael Fox Orr

**Michael Fox Orr (Lead Counsel)**
Florida Bar No.: 14594
**J. Michael Traynor**
Florida Bar No.: 309184
**Kathleen Crowley**
Florida Bar No.: 93587
**Megan Comunale**
Florida Bar No.: 1031206
**ORR | COOK**
Bank of America Tower
50 N Laura Street Suite 2800
Jacksonville, Florida 32202
Telephone: (904) 358-8300
Facsimile: (904) 358-8303
morr@orrcook.com

8

mtraynor@orrcook.com
mcomunale@orrcook.com
ejimenez@orrcook.com
bfay@orrcook.com
edocket@orrcook.com

*Counsel for Third-Party Defendant*
*Andrew Morgan*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** this document was filed on April 2, 2026 using the United States District Court's CM/ECF system, which will serve an electronic copy on all counsel of record.

/s/Michael Fox Orr
**Michael Fox Orr, Esq.**

9