UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


SCOTT WEIL-ALLEN,

     Plaintiff,

v.                             Case No. 6:25-cv-01881-CEM-LHP

SPACE EXPLORATION
TECHNOLOGIES CORP.,

     Defendant/Third Party Plaintiff,

v.

ANDREW MORGAN,

     Third-Party Defendant.

_____/

### THIRD-PARTY DEFENDANT ANDREW MORGAN'S DESIGNATION OF LEAD COUNSEL

Third-Party Defendant, Andrew Morgan, pursuant to Local Rule 2.02(a)

hereby designates Michael Fox Orr as his lead counsel in this matter.

DATED: April 2, 2026

                           Respectfully Submitted,

                           By: /s/Michael Fox Orr
                              **Michael Fox Orr (Lead Counsel)**
                              Florida Bar No.: 14594
                              **J. Michael Traynor**
                              Florida Bar No.: 309184
                              **Kathleen Crowley**
                              Florida Bar No.: 93587
                              **Megan Comunale**

Florida Bar No.: 1031206
**ORR | COOK**
Bank of America Tower
50 N Laura Street Suite 2800
Jacksonville, Florida 32202
Telephone: (904) 358-8300
Facsimile: (904) 358-8303
morr@orrcook.com
mtraynor@orrcook.com
mcomunale@orrcook.com
ejimenez@orrcook.com
bfay@orrcook.com
edocket@orrcook.com

*Counsel for Third-Party Defendant*
*Andrew Morgan*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** this document was filed on April 2, 2026 using the United States District Court's CM/ECF system, which will serve an electronic copy on all counsel of record.

/s/Michael Fox Orr
**Michael Fox Orr, Esq.**

2