NOV 12 2026 PM3:04
FILED - USDC - FLMD - ORL

**UNITED STATES DISTRICT COURT**
**Middle DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

6:25-CV-01881-CEM-LHP

SCOTT WEIL-ALLEN,

**PLAINTIFF(S)**

vs.

SPACE EXPLORATION TECHNOLOGIES, CORP.,

**Defendant/Third Party Plaintiff,**

vs.

ANDREW MORGAN and CHENEGA GLOBAL PROTECTION, LLC,

**Third-Party Defendants.**

____________________/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on November 3, 2026. The conference resulted in the following:

____The parties reached an agreement.
__✓__The parties did not reach an agreement.
____The conference has been adjourned.
____Other

Dated: November 3, 2026

Respectfully submitted,
**Tom Mihok, Mediator**

Mediator # **32937R**

200 E. Robinson Street, Suite 700
Orlando, Florida 32801
Business Phone: 407-649-9495
Fax: 407-649-8698
Email: admin@mediatefirstinc.com
Website: www.mediatefirstinc.com

By: **/s/ A. Thomas Mihok**

Florida Bar No. **193697**