Mediate First, Inc.
200 East Robinson Street
Suite 700
Orlando, FL 32801

ORLANDO FL 328
5 NOV 2026 PM 4 L

US POSTAGE
$000.78º
First-Class - IMI
ZIP 32801
11/05/2026
036B 0011825357

Orlando Division Courthouse
Clerk of Court
Attn: Intake Section
401 West Central Blvd.
Orlando, FL 32801

32801-012000

